# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RECOVERY WAVEZ VOA LLC,** | Case No. 3:25-cv-255-MJN-PBS |
| **Plaintiff,** | |
| v. | **Judge Michael J. Newman** |
| | **Magistrate Judge Peter B. Silvain, Jr.** |
| **STOPLOSS SPECIALISTS LLC,** *et al.*, | |
| **Defendants.** | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration. (Doc. #15). For good cause shown, the parties' Joint Motion (Doc. #15) is **GRANTED**. Plaintiff is ordered to arbitrate the causes of action brought in its complaint in accordance with the arbitration process set forth in the Construction Agreement. All deadlines and proceedings in this action are stayed pending resolution of the arbitration process.

The parties are **ORDERED** to file a status report with the Court on or before **February 17, 2026**, and every sixty (60) days thereafter.

December 16, 2025                                                *s/Peter B. Silvain, Jr.*
                                                                                Peter B. Silvain, Jr.
                                                                                United States Magistrate Judge